IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Northeast Industries LLC and Joseph DeLuca | : |
| Plaintiffs | : CIVIL ACTION |
| v. | : |
| | : NO.: 2:18-cv-04379-JS |
| On Target Laboratories LLC; On Target Laboratories, Inc., and Martin R. Low | : |
| Defendants. | : *Jury Trial Demanded* |

## ENTRY OF APPEARANCE

Kindly enter Oliver D. Griffin's appearance on behalf of Plaintiffs Northeast Industries LLC and Joseph DeLuca in the above referenced matter.

                                                KUTAK ROCK LLP

                              By:    */s/ Oliver D. Griffin*
                                         Oliver D. Griffin, Esquire
                                         Peter N. Kessler, Esquire
                                         1760 Market Street
                                         Suite 1100
                                         Philadelphia, PA 19103
                                         (215) 299-4384
                                         oliver.griffin@kutakrock.com
                                         peter.kessler@kutakrock.com

                                         Attorneys for Plaintiff

Dated: December 14, 2018

## CERTIFICATE OF APPEARANCE

I, Oliver D. Griffin, do hereby certify on this 14th day of December, 2018, that I have served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via the Court's electronic filing system:

/s/ *Oliver D. Griffin*
Oliver D. Griffin