IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEAST INDUSTRIES LLC and JOSEPH DELUCA,<br><br>        Plaintiffs,<br>v.<br><br>ON TARGET LABORATORIES LLC, ON TARGET LABORATORIES INC., and MARTIN LOW<br><br>        Defendants. | NO. 2:18-CV-04379-JS |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants On Target Laboratories, LLC, On Target Laboratories, Inc. and Martin Low, hereby move for an entry of an Order dismissing Plaintiffs' Complaint. The further grounds for this Motion are stated more fully in the accompanying Statement of Undisputed Facts, Memorandum of Law and exhibits, which are incorporated by reference as if set forth in full herein.

Respectfully Submitted,

Brian C. Deeney
PA ID No. 312184
LeClairRyan PLLC
1650 Market Street, Ste. 3600
Philadelphia, PA 19103
Phone: (973) 491-3389
Fax: (973) 491-3528
Brian.deeney@leclairryan.com
*Counsel for Defendants*
*On Target Laboratories LLC, On Target*
*Laboratories Inc. and Martin Low*

Date: 5/21/19