IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| NORTHEAST INDUSTRIES LLC  AND JOSEPH DELUCA | : <br> : <br> : <br> : CIVIL ACTION |
| Plaintiffs | : <br> : |
| v. | : NO.: 2:18-cv-04379-JS <br> : |
| ON TARGET LABORATORIES LLC; ON TARGET LABORATORIES, INC., AND MARTIN R. LOW | : <br> : *Jury Trial Demanded* <br> : <br> : |
| Defendants. | |

_____

**PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Northeast Industries LLC and Joseph DeLuca hereby oppose the Motion for Summary Judgment filed by Defendants.  The grounds for Plaintiffs' opposition are stated more fully in the accompanying Response to Defendants' Statement of Undisputed Facts, Memorandum of Law, and exhibits, all of which are incorporated by reference as if set forth in full herein.

Dated: June 6, 2019                                      KUTAK ROCK LLP

By:    */s/ Peter N. Kessler*
Peter N. Kessler, Esquire
Oliver D. Griffin, Esquire
1760 Market Street  Suite 1100
Philadelphia, PA 19103
(215) 299-4384
Peter.Kessler@KutakRock.com
Oliver.Griffin@kutakrock.com