IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHEAST INDUSTRIES, LLC., et al. | : : : | CIVIL ACTION<br>No. 18-4379 |
| v. | : : | |
| ON TARGET LABORATORIES, LLC, et al. | : : | |

## **ORDER**

AND NOW, this 20th day of June, 2019, it is ORDERED an oral argument on Defendants' motion for summary judgment (Document 23) will be held at the final pre-trial conference on July 9, 2019, at 10:00 a.m. in Courtroom 14B.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.