IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHEAST INDUSTRIES, LLC., et al. | : : : | CIVIL ACTION<br><br>No. 18-4379 |
| v. | : : | |
| ON TARGET LABORATORIES, LLC, et al. | : : | |

# **ORDER**

AND NOW, this 31st day of July, 2019, the Court having receiving notice of the parties' tentative settlement,[1] it is ORDERED the following motions are DISMISSED as moot without prejudice to reassertion in the event the settlement is not consummated:

- Defendants On Target Laboratories, LLC, On Target Laboratories, Inc., and Martin Low's Motion for Summary Judgment (Document 23);

- Defendants' Motion in Limine to Preclude Evidence and/or Testimony of Settlement Offers, Negotiations and/or Discussions (Document 27);

- Defendants' Motion in Limine to Preclude Evidence and/or Testimony that On Target Laboratories, LLC's and On Target Laboratories, Inc.'s Board Did Not Approve the Consulting Agreement (Document 28);

- Defendants' Motion in Limine to Preclude Evidence and/or Testimony that Plaintiffs Made Introduction to Companies Other Than Johnson & Johnson (Document 29); and

---

[1] During a teleconference on July 31, 2019, the parties represented to the Court that mutual releases had been signed and payment of the settlement amount would be forthcoming. Once the funds are paid, the parties should provide written notice to the Court so that it may enter an order pursuant to Local Rule of Civil Procedure 41.1(b).

- Plaintiffs Northeast Industries, LLC and Joseph Deluca's Motion in Limine to Preclude Evidence of, Mention of, or Testimony Regarding Any Previous Lawsuit to Which Northeast or Deluca Was a Party (Document 30).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.