IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEAST INDUSTRIES LLC and JOSEPH DELUCA, | : : NO. 2:18-CV-04379-JS |
| Plaintiffs, | : |
| v. | : |
| ON TARGET LABORATORIES LLC, ON TARGET LABORATORIES INC., and MARTIN LOW | : : : |
| Defendants. | : |

## STIPULATION AND ORDER

Plaintiffs, Northeast Industries LLC and Joseph DeLuca, and Defendants, On Target Laboratories LLC, On Target Laboratories Inc. and Martin Low (collectively, the "Parties"), by and through their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by and among each of them and all of them in the above-captioned matter, and to dismiss with prejudice the above-captioned matter in its entirety. Each Party shall bear its own costs and fees.

LECLAIRRYAN PLLC

Brian C. Deeney
1818 Market Street, Ste. 2600
Philadelphia, PA 19103
Phone: (973) 491-3389
Fax: (973) 491-3528
Brian.Deeney@leclairryan.com
*Counsel for Defendants*
*On Target Laboratories LLC; On Target*
*Laboratories Inc.; and Martin Low*

Dated: 8/14/19

KUTAK ROCK LLP

Oliver D. Griffin
Peter N. Kessler
Melissa A. Bozeman
1760 Market Street, Suite 1100
Philadelphia, PA 19103
Tel 215.299.4384
Fax 215.981.0719
peter.kessler@kutakrock.com
oliver.griffin@kutakrock.com
melissa.bozeman@kutakrock.com
*Attorneys for Plaintiffs*
*Northeast Industries LLC and Joseph DeLuca*

Dated: 8/14/19

IT IS SO ORDERED:

_____